IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tammy Ricken,<br><br>              Plaintiff,<br><br>     v.<br><br>AmeriCredit Financial Services, Inc.,<br><br>              Defendant, | O R D E R<br><br>No. CIV 12-807-PHX-SRB |

Plaintiff having filed a Notice of Settlement;

IT IS ORDERED that this matter will be dismissed with prejudice within 60 days of the date of this order unless a notice of dismissal is filed prior to the dismissal date.

DATED this 5th day of June, 2012.

_____
Susan R. Bolton
United States District Judge