1  KINDRA DENEAU (State Bar No. 024156)
2  7135 East Camelback Rd., Suite 230
   Scottsdale, Arizona 85251
3  Telephone:  (480) 306-5977
4  Facsimile:  (602) 626-3504
   kdeneau@lemberglaw.com
5
6  *Of Counsel to*
   Lemberg & Associates LLC
7  A Connecticut Law Firm
8  1100 Summer Street
   Stamford, CT  06905
9  Telephone:  (203) 653-2250
10 Facsimile:  (203) 653-3424

11 Attorneys for Plaintiff,
12 Tammy Ricken

13
                    UNITED STATES DISTRICT COURT
14
                     FOR THE DISTRICT OF ARIZONA
15

16 | Tammy Ricken, | Case No.: 2:12-cv-00807-SRB |
17 |       Plaintiff, | |
18 | | **NOTICE OF DISMISSAL** |
19 | vs. | |
20 | AmeriCredit; and DOES 1-10, inclusive, | |
21 |       Defendants. | |
22

23
                        **NOTICE OF DISMISSAL**
24
           Tammy Ricken ("Plaintiff"), by Plaintiff's attorney, hereby withdraws
25
   the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed.
26
   R. Civ. P. 41(a)(1)(A)(i).
27
28

1
2   LEMBERG & ASSOCIATES, LLC
3
     /s/ Kindra Deneau
4   KINDRA DENEAU
5
    Attorney for Plaintiff
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On July 9, 2012, I served a true copy of foregoing document(s): **NOTICE OF DISMISSAL**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on July 6, 2012, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | Michael A. McCanse, Esq.<br>Quarles & Brady, LLP<br>One Renaissance Square<br>Two North Central Avenue<br>Phoenix, Arizona 85004<br>**Attorney for Defendants AmeriCredit** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

1 | Executed on July 9, 2012.

>                /s/ Allison Bernier
>                Paralegal for Kindra Deneau, Esq.
>                Attorney for Plaintiff